AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia          2016 APR 22 P 4:28

| | |
|---|---|
| Boat People S.O.S., INC. | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-CV-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* URBAN AFFAIRS COALITION
1207 Chestnut Street
Suite 700
Philadelphia, PA 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16                         _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Boat People S.O.S., INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PUBLIC HEALTH MANAGEMENT CORPORATION
260 S. Broad Street
Philadelphia, PA 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22  P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Boat People S.O.S., INC.    )
)
)
)
*Plaintiff(s)*    )
v.    )   Civil Action No. 1:16-cv-455
)
Urban Affairs Coalition, Public Health Management    )
Corporation, Nancy Nguyen, Catherine Nguyen, Mai    )
Huynh, Duong Ly, Lan Dinh, Francis Melroy, David    )
Forde, Jr.    )
*Defendant(s)*    )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NANCY NGUYEN
1318 S. 3rd Street
Philadelphia, PA 19147

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  4/22/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | | |
|---|---|---|
| Boat People S.O.S., INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | ) | |
| *Defendant(s)* | ) | |

RECEIVED 4/22
by SPS

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CATHERINE NGUYEN
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/22/16

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED 4/55

by SPS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Boat People S.O.S., INC. )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No. 1:16-cv-455
)
Urban Affairs Coalition, Public Health Management )
Corporation, Nancy Nguyen, Catherine Nguyen, Mai )
Huynh, Duong Ly, Lan Dinh, Francis Melroy, David )
Forde, Jr. )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAI HUYNH
12 Hampton Court
Mount Laurel, NJ 08054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16 _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

by SPS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| Boat People S.O.S., INC. | )<br>)<br>)<br>) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:16-cv-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | )<br>)<br>)<br>) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DUONG LY
2231 S. Beechwood Street
Philadelphia, PA 19145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED *Iss
by SPS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | ) |
|---|---|
| Boat People S.O.S., INC. | ) |
| | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 1:16-cv-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | ) ) ) ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAN DINH
335 Copley Rd.
Upper Darby, PA 19082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| Boat People S.O.S., INC. | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:16-cv-455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRANCIS MELROY
55 Broad St – 9th Floor
New York, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/22/16

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

RECEIVED 4/22/5
by JFS

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 22 P 4: 28

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

Boat People S.O.S., INC. )
)
)
)
_____ )
Plaintiff(s) )
v. ) Civil Action No. 1:16-cv-455
)
Urban Affairs Coalition, Public Health Management )
Corporation, Nancy Nguyen, Catherine Nguyen, Mai )
Huynh, Duong Ly, Lan Dinh, Francis Melroy, David )
Forde, Jr. )
_____ )
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  DAVID FORDE, JR.
222 Vine street
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trevitte, Kalbaugh, Pfund & Messersmith, PC
3950 University Drive, Suite 204
Fairfax, VA 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 4/22/16

_____
*Signature of Clerk or Deputy Clerk*