Case 1:16-cv-00455-GBL-JFA   Document 12   Filed 04/28/16   Page 1 of 9 PageID# 89

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Boat People S.O.S, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. <br> *Defendant(s)* | Civil Action No. 1:16-cv-00455 |

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PUBLIC HEALTH MANAGEMENT CORPORATION
260 S. Broad Street
Philadelphia, PA 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4: 43

| | |
|---|---|
| Boat People S.O.S, Inc. ) <br> ) <br> ) <br> ) <br> *Plaintiff(s)* ) <br> v. ) <br> ) <br> Urban Affairs Coalition, Public Health Management ) <br> Corporation, Nancy Nguyen, Catherine Nguyen, Mai ) <br> Huynh, Duong Ly, Lan Dinh, Francis Melroy, David ) <br> Forde, Jr. ) <br> *Defendant(s)* ) | Civil Action No. 1:16-cv-00455 |

Alias
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MAI HUYNH
12 Hampton Court
Mount Laurel, NJ 08054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4: 43

| | |
|---|---|
| Boat People S.O.S, Inc. )<br>)<br>)<br>)<br>_____ )<br>*Plaintiff(s)* )<br>v. )<br>)<br>Urban Affairs Coalition, Public Health Management )<br>Corporation, Nancy Nguyen, Catherine Nguyen, Mai )<br>Huynh, Duong Ly, Lan Dinh, Francis Melroy, David )<br>Forde, Jr. )<br>_____ )<br>*Defendant(s)* ) | Civil Action No. 1:16-cv-00455 |

Alias
SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DUONG LY
2231 S. Beechwood Street
Philadelphia, PA 19145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

COPY

Date: _____ _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4: 43

| | |
|---|---|
| Boat People S.O.S, Inc. | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:16-cv-00455 |
| Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

Alias
## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NANCY NGUYEN
1318 S. 3rd Street
Philadelphia, PA 19147


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
COPY

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4: 42

| | |
|---|---|
| Boat People S.O.S, Inc. ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 1:16-cv-00455 |
| ) | |
| Urban Affairs Coalition, Public Health Management ) | |
| Corporation, Nancy Nguyen, Catherine Nguyen, Mai ) | |
| Huynh, Duong Ly, Lan Dinh, Francis Melroy, David ) | |
| Forde, Jr. ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* FRANCIS MELROY
55 Broad St – 9th Floor
New York, NY 10004

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4: 42

| | |
|---|---|
| Boat People S.O.S, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. <br> *Defendant(s)* | Civil Action No. 1:16-cv-00455 |

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DAVID FORDE, JR.
222 Vine street
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28 P 4:42

| | |
|---|---|
| Boat People S.O.S, Inc. <br><br> *Plaintiff(s)* <br><br> v. <br><br> Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:16-cv-00455 |

## SUMMONS IN A CIVIL ACTION (Alias)

To: *(Defendant's name and address)* URBAN AFFAIRS COALITION
1207 Chestnut Street
Suite 700
Philadelphia, PA 19107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

2016 APR 28   P 4: 42

| | |
|---|---|
| Boat People S.O.S, Inc.<br><br>*Plaintiff(s)*<br>v.<br><br>Urban Affairs Coalition, Public Health Management Corporation, Nancy Nguyen, Catherine Nguyen, Mai Huynh, Duong Ly, Lan Dinh, Francis Melroy, David Forde, Jr.<br><br>*Defendant(s)* | Civil Action No. 1:16-cv-00455 |

## Alias SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CATHERINE NGUYEN
30 S. 17th Street, 19th Floor
Philadelphia, PA 19103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

RECEIVED
2016 APR 28 P 4: 42

| | |
|---|---|
| Boat People S.O.S, Inc. ) | |
| ) | |
| ) | |
| ) | |
| _Plaintiff(s)_ ) | |
| v. ) | Civil Action No. 1:16-cv-00455 |
| ) | |
| Urban Affairs Coalition, Public Health Management ) | |
| Corporation, Nancy Nguyen, Catherine Nguyen, Mai ) | |
| Huynh, Duong Ly, Lan Dinh, Francis Melroy, David ) | |
| Forde, Jr. ) | |
| _Defendant(s)_ ) | |

Alias
SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  LAN DINH
335 Copley Rd.
Upper Darby, PA 19082

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Edward P. Trivette, VSB #73485
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

COPY

Date: _____          _____
_Signature of Clerk or Deputy Clerk_