**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

BOAT PEOPLE S.O.S., INC.,                    :
                                             :
            Plaintiff,                       :
                                             :
v.                                           :        Case No: 1:16-cv-00455-GBL-JFA
                                             :
PUBLIC HEALTH MANAGEMENT                     :
CORPORATION, et al.                          :
                                             :
                                             :
            Defendants.                      :
                                             :
_____    /

**DEFENDANT PUBLIC HEALTH MANAGEMENT CORPORATION'S MOTION TO
DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION UNDER RULE 12(b)(1),
LACK OF PERSONAL JURISDICTION UNDER RULE 12(b)(2), AND FAILURE TO
STATE A CLAIM UNDER RULE 12(b)(6)**

Defendant, Public Health Management Corporation, by counsel, in accordance with the

Federal Rules of Civil Procedure, hereby submits its Motion to Dismiss for Lack of Subject

Matter Jurisdiction Under Rule 12(b)(1), Lack of Personal Jurisdiction Under Rule 12(b)(2), and

Failure to State a Claim Under Rule 12(b)(6). An accompanying Memorandum in Support is

filed herewith for the Court's consideration.

Dated: June 7, 2016                          Respectfully submitted,
                                             **PUBLIC HEALTH MANAGEMENT
                                             CORPORATION**
                                             By Counsel

1

/s/ John D. McGavin
John D. McGavin (VSB No. 21794)
Andrew R. Alder (VSB No. 86116)
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
E-mail: jmcgavin@bmhjlaw.com
        aalder@bmhjlaw.com
*Counsel for Defendant Public Health Management Corporation*


## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of June 2016, a true and correct copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

/s/ John D. McGavin
John D. McGavin (VSB No. 21794)
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
E-mail: jmcgavin@bmhjlaw.com
*Counsel for Defendant Public Health Management Corporation*