**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BOAT PEOPLE S.O.S., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 1:16-cv-00455-GBL-JFA |
| | : | |
| PUBLIC HEALTH MANAGEMENT CORPORATION, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| _____ / | : | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that on Friday, July 29, 2016 at 10:00 a.m. or as soon thereafter as counsel may be heard, at the United States Courthouse, at 401 Courthouse Square, Alexandria, Virginia, Defendant Public Health Management Corporation, by counsel, will bring on for hearing its Motion to Dismiss for Lack of Subject Matter Jurisdiction Under Rule 12(b)(1), Lack of Personal Jurisdiction Under Rule 12(b)(2), and Failure to State a Claim Under Rule 12(b)(6) filed in this matter.

Dated: June 7, 2016                         Respectfully submitted,
                                            **PUBLIC HEALTH MANAGEMENT**
                                            **CORPORATION**
                                            By Counsel

/s/ John D. McGavin
John D. McGavin (VSB No. 21794)
Andrew R. Alder (VSB No. 86116)
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
E-mail: jmcgavin@bmhjlaw.com
      aalder@bmhjlaw.com
*Counsel for Defendant Public Health Management Corporation*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 7th day of June 2016, a true and correct copy of the foregoing will be electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record:

/s/ John D. McGavin
John D. McGavin (VSB No. 21794)
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
E-mail: jmcgavin@bmhjlaw.com
*Counsel for Defendant Public Health Management Corporation*