UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOAT PEOPLE S.O.S., INC. | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-cv-00455(GBL/JFA) |
| URBAN AFFAIRS COALITION, et al. | ) |
| Defendants. | ) |

~~PROPOSED~~ ORDER

WHEREAS this matter came before the Court on Defendants' Consent Motion for Extension of Time to Respond to File Responsive Pleadings; and

CONSIDERING the Federal Rules of Civil Procedure and this Court's Local Rules, it appears that there is good cause for granting the Motion; and

CONSIDERING that the Plaintiff consents to the Motion;

It is hereby ORDERED that Defendants have until June 28, 2016 to file responsive pleadings to Plaintiff's complaint.

SO ORDERED this 7th day of June, 2016.

/s/ JFA
John F. Anderson
United States Magistrate Judge