# AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA**

Case Number: 1:16-cv-00455
Date Filed:

Plaintiff:
Boat People S.O.S., Inc.
vs
Defendant:
Urban Affairs Coalition, et al

Received on **05/11/2016** to be served on **Catherine Nguyen, 30 S. 17th Street, 19th Floor, Philadelphia, PA 19103.**

**Breion Davis**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **05/18/2016** at **3:00 PM**, deponent served the within **ALIAS SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **Catherine Nguyen** at **30 S. 17th Street, 19th Floor, Philadelphia, PA 19103** in the manner indicated below:

By delivering a true copy of each to and leaving with **Jane Doe, Co-Worker** who stated he/she is authorized to accept service on behalf of the corporation.

**Comments:**
Grace, who is the receptionist was present when the documents were dropped.

**Description:**
Gender: Female    Race/Skin: White    Age: 30 - 40 Yrs.    Weight: 131-160 Lbs.    Height: 5ft 4in - 5ft 8in    Hair: Brown
Other:

Subscribed and Sworn to before me on 5/19, 2016

Notary: *Judy Lynn Ohl* (signature)
State of/Commonwealth of:
County of:
Expires:

*[Notary Seal: JUDY LYNN OHL, COMMONWEALTH, REGISTRATION NO. 7675731, MY COMM. EXPIRES 07/31/2020, NOTARY PUBLIC, OF VIRGINIA]*

Brelon Davis (signature)
Job #: 163555

ALIASS, 10387 Main Street, Suite 202, Fairfax, VA 22030 (703) 383-3007

