# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

Case Number: **1:16-cv-00455**
Date Filed:

Plaintiff:
**Boat People S.O.S., Inc.**
vs
Defendant:
**Urban Affairs Coalition, et al**

Received on **05/11/2016** to be served on **Urban Affairs Coalition, 1207 Chestnut Street, Suite 700, Philadelphia, PA 19107.**

James Keaton, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action.

On **05/17/2016** at **2:00 PM**, deponent served the within **ALIAS SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **Urban Affairs Coalition** at **1207 Chestnut Street, Suite 700, Philadelphia, PA 19107** in the manner indicated below:

By delivering a true copy of each to and leaving with **Amy Han, Administrative Assistant** who stated he/she is authorized to *accept* service on behalf of the corporation.

**Description:**
Gender: **Female**   Race/Skin: **Asian**   Age: **30 - 40 Yrs.**   Weight: **100-130 Lbs.**   Height: **5ft 4in - 5ft 8in**   Hair: **Black**
Other:

[Notary seal: JUDY LYNN OHL, COMMONWEALTH, REGISTRATION NO. 7675731, MY COMM. EXPIRES 07/31/20--, NOTARY PUBLIC OF VIRGINIA]

Subscribed and Sworn to before me on 5/18/2016

Notary: [signature]
State of/Commonwealth of:
County of:
Expires:

X James Keaton
James Keaton
Job #: 163556

ALIASS, 10387 Main Street, Suite 202, Fairfax, VA 22030 (703) 383-3007

