**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | | |
|---|---|---|
| BOAT PEOPLE S.O.S., INC., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No: 1:16-cv-00455-GBL-JFA |
| | : | |
| PUBLIC HEALTH MANAGEMENT CORPORATION, et al. | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ / | | |

**STIPULATION OF DISMISSAL OF DEFENDANT**
**PUBLIC HEALTH MANAGEMENT CORPORATION**

Comes now the Plaintiff, Boat People S.O.S., Inc., and the Defendant, Public Health Management Corporation, both by their respective counsel, and pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, hereby stipulate to the dismissal without prejudice of all claims in the above captioned action against Defendant Public Health Management Corporation.


/s/ Edward P. Trivette
Edward P. Trivette (VSB No. 73485)
Robert E. Worst (VSB No. 44664)
Kalbaugh, Pfund & Messersmith, P.C.
3950 University Drive, Suite 204
Fairfax, Virginia 22030
(703) 691-3331 (Telephone)
(703) 691-3332 (Fax)
Edward.Trivette@kpmlaw.com
Robert.Worst@kpmlaw.com
*Counsel for Plaintiff Boat People S.O.S., Inc.*

/s/ John D. McGavin
John D. McGavin (VSB No. 21794)
Andrew R. Alder (VSB No. 86116)
BANCROFT, McGAVIN, HORVATH & JUDKINS, P.C.
9990 Fairfax Boulevard, Suite 400
Fairfax, Virginia 22030
Telephone: (703) 385-1000
Facsimile: (703) 385-1555
E-mail: jmcgavin@bmhjlaw.com
       aalder@bmhjlaw.com
*Counsel for Defendant Public Health Management Corporation*

IT IS ORDERED that this matter be and hereby is dismissed without prejudice as against Defendant Public Health Management Corporation.

Dated: _____

_____
United States District Court Judge Gerald Bruce Lee